No. 99–5033. ORTEGA-FRANCO, AKA ZARATE *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. 

No. 99–5034. WOODLEY *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. 

No. 99–5036. BROCK *v.* MYERS, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 99–5037. CAMPBELL *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. 

No. 99–5038. ADKINS *v.* SEITER. C. A. 8th Cir. Certiorari denied.

No. 99–5039. SCHWARTZ *v.* CITY OF PITTSBURGH ET AL. C. A. 3d Cir. Certiorari denied.

No. 99–5040. RODRIGUEZ *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 99–5041. RUDD *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. 

No. 99–5042. RUMLER *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. 

No. 99–5043. TAVAKOLI-NOURI *v.* CENTRAL INTELLIGENCE AGENCY. C. A. 4th Cir. Certiorari denied. 

No. 99–5044. WALKER *v.* SAFFLE, DIRECTOR, OKLAHOMA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 10th Cir. Certiorari denied. 

No. 99–5045. TUCKER *v.* CAIN, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 99–5046. WILLIAMS *v.* JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied. 

No. 99–5047. TARINTINO *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.